Michael T. Grosso (Bar No. 033922004)
Christie Pazdzierski (Bar No. 110522014)
**LITTLER MENDELSON, P.C.**
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAPHAEL TEWELDE, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> -v- <br><br> POP A LOCK OF NORTHERN NEW JERSEY, <br><br> Defendants. | Civil Action No. 2:20-cv-00036-MCA-MAH <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> *Electronically Filed* |

Pursuant to Federal Rule of Civil Procedure 41(a), the undersigned parties hereby stipulate to the dismissal of this action with prejudice as to all claims, causes of action, and parties, with each party to bear its own attorneys' fees and costs.

**DRESSEL MALIKSCHMITT, LLP**
Attorneys for Plaintiff


By: _____
Andrew Dressel, Esq.


Dated:

**LITTLER MENDELSON, P.C.**
Attorneys for Defendants


By: _____
Michael T. Grosso, Esq.


Dated: 3/16/2020

**So Ordered**

_____
THE HONORABLE MADELINE COX ARLEO
United States District Judge

Dated: 4/30/20

-2-